UNSEALED – 3/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-15-0281 |
| | § | |
| JOSE ABRAHAM BENAVIDES-CIRA | § | |
| JOSE LUIS BENAVIDES-CIRA | § | |
| OLIVER BOUZAS-DELIE | § | |
| RICARDO HUMBERTO VARELA | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about December 10, 2014, through the date of indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE ABRAHAM BENAVIDES-CIRA
JOSE LUIS BENAVIDES-CIRA
OLIVER BOUZAS-DELIE
and
RICARDO HUMBERTO VARELA**

did intentionally and knowingly conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to knowingly and willfully export, and cause to be exported into the United Mexican States from the United States of America a defense article, that is, to wit: 5.56 caliber rifles which were designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export.

In violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and 127.3.

### Count Two

On or about February 19, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE ABRAHAM BENAVIDES-CIRA**

being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely a Spikes Tactical LLC, model ST-15, 5.56 caliber rifle and a Rock River Arms, model LAR-15, 5.56 caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2) and 2.

### Count Three

On or about February 19, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JOSE ABRAHAM BENAVIDES-CIRA**
**and**
**RICARDO HUMBERTO VARELA**

did knowingly possess or receive a firearm, that is, a Spikes Tactical LLC, model ST-15, 5.56 caliber rifle and a Rock River Arms, model LAR-15, 5.56 caliber rifle, which had the importer's or manufacturer's serial number removed, obliterated, or altered and had, at any time, been shipped in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B), and 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY